IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAI CHIU MAH,

    Petitioner,

v.

JANET RENO, U. S. Attorney General,

    Respondent

CIVIL ACTION NOS. 1:CV-00-131
1:CV-00-199

(Judge Kane)

FILED
HARRISBURG, PA

MAY 10 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

AND NOW, this 9th day of May 2000, upon consideration of Petitioner's application for a writ of habeas corpus, IT IS ORDERED THAT:

1. The Clerk of Court is directed to serve copies of the pleadings in the above-captioned matters on Respondent and the United States Attorney.

2. Pursuant to 28 U.S.C. § 2243, and within fifteen days of the date of this Order, Respondent is directed to show cause why the writ should not be granted.

3. Petitioner shall file any response thereto within ten days of Respondent's filing.

IT IS FURTHER ORDERED THAT Petitioner's related matter, Case No. 1:CV-00-199, shall be consolidated into Case No. 1:CV-00-131. The Clerk of Court shall close Case No. 1:CV-00-199.

Certified from the record
Date 5/10/00
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

May 10, 2000

Re:  1:00-cv-00131    Mah v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

```
Wai Chiu Mah
CTY-SNY
Snyder County Jail
98-00-193
600 Old Colony Rd.
Selinsgrove, PA  17870-8610
```

```
cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            (✓)  with Petition attached & mailed certified mail
                                    to: US Atty Gen   ( )    PA Atty Gen ( )
                                        DA of County  ( )    Respondents (✓)
Bankruptcy Court               ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE:  5/10/00                          BY: /s/
                                            Deputy Clerk