(5)

5-22-

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General, Janet Reno
room #511, Main Justice Building
10th & Constitution Avenue
Washington D. C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X Ernest J. Parker
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

MAY 1 5 2000

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)

1-CV-00-131    1 of 2

PS Form 3811, July 1999        Domestic Return Receipt   S.C.Onda 5/10/00   102595-99-M-1789

**FILED**
HARRISBURG, PA

MAY 1 9 2000

MARY E. D'ANDREA, CLE
Per _____

S.C.Onda
op 5/10/00

1-CV-00.131