IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAI CHIU MAH,

    Petitioner,

v.

JANET RENO, US ATTORNEY GENERAL,

    Respondent.

CIVIL ACTION NOS.:   1:CV-00-131
                     ~~1:CV-00-199~~

(JUDGE KANE)

FILED
HARRISBURG, PA
JUN 22 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

Now this 20th day of June, IT IS HEREBY ORDERED THAT upon consideration of respondent's motion for enlargement of time and her limited response to the petition for writ of habeas corpus,

1. The motion is granted;

2. A full response the petition for writ of habeas corpus shall be filed on or before June 25, 2000.

_____
Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 22, 2000

Re:  1:00-cv-00131   Mah v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

Anne K. Fiorenza, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
228 Walnut Street
Suite 217
Harrisburg, PA  17108

Wai Chiu Mah
CTY-SNY
Snyder County Jail
98-00-193
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

cc:
Judge                         (✓)
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen   ( )   PA Atty Gen ( )
                                       DA of County  ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____        ( )

MARY E. D'ANDREA, Clerk

6/22/00