**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

WAI CHIU MAH,                                    :
                                                 :
            Petitioner,                          : CIVIL ACTION NOS.:    1:CV-00-131
                                                 :
      v.                                         :
                                                 : (JUDGE KANE)
                                                 :
JANET RENO, US ATTORNEY GENERAL,                 :
                                                 :
            Respondent.                          :

**SUPPLEMENTAL RESPONSE TO THE PETITION FOR
WRIT OF HABEAS CORPUS**

The respondent, Attorney General Janet Reno, by and through the undersigned Assistant

United States Attorney, hereby supplements her initial response to the Rule to Show Cause as

follows:

1.      The INS conducted a custody review of the petitioner on May 1, 2000

(Ex. A., p. 3);

2.      At that time, the deportation officer recommended that petitioner be released

pending the outcome of a psychiatric examination;

3.      A second reviewing officer concurred in that recommendation on May 17, 2000;

4.      Within the last week, the recommendation was reviewed by the district director's

designee, (T.A. Nordmark) (Ex. A, p. 5);

5.      Petitioner will be released within the next few days; and

6.    Petitioner's release renders moot this request for relief.

Wherefore, respondent respectfully requests that the petition be dismissed as moot.

Respectfully submitted,

DAVID M. BARASCH
United States Attorney

By: _____
ANNE K. FIORENZA
Assistant U.S. Attorney
228 Walnut Street, Suite 220
Harrisburg, PA 17108-1754
(717) 221-4482
Fax: (717) 221-2246

Dated: June 23, 2000

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

WAI CHIU MAH,                                          :
                                                      :
              Petitioner,                             : CIVIL ACTION NOS.:   1:CV-00-131
                                                      :
       v.                                             :
                                                      : (JUDGE KANE)
                                                      :
JANET RENO, US ATTORNEY GENERAL,                      :
                                                      :
              Respondent.                             :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

On this 23rd day of June, 2000, she served a copy of the foregoing document by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania to:

Wai Chiu Mah
Snyder County Prison
600 Old Colonial Road
Selingsgrove, PA 17870

REBECCA A. PLESIC
Legal Secretary

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAI CHIU MAH,                 :
                                  :

         Petitioner,         : CIVIL ACTION NOS.:   1:CV-00-131
                                    :

   v.                                :
                                    : (JUDGE KANE)
                                    :

JANET RENO, US ATTORNEY GENERAL,   :
                                    :

         Respondent.        :

### EXHIBITS TO SUPPLEMENTAL RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS

DAVID M. BARASCH
United States Attorney

ANNE K. FIORENZA
Assistant U.S. Attorney
228 Walnut Street
Post Office Box 11754
Harrisburg, PA 17108
(717) 221-4482

Dated: June 23, 2000