IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAI CHIU MAH,

    Petitioner,

v.

JANET RENO, US ATTORNEY GENERAL,

    Respondent.

: CIVIL ACTION NOS.:   1:CV-00-131
:
: (JUDGE KANE)

**EXHIBITS TO SUPPLEMENTAL RESPONSE TO THE PETITION
FOR WRIT OF HABEAS CORPUS**

DAVID M. BARASCH
United States Attorney

ANNE K. FIORENZA
Assistant U.S. Attorney
228 Walnut Street
Post Office Box 11754
Harrisburg, PA 17108
(717) 221-4482

Dated: June 23, 2000

# EXHIBIT - 1

Case 1:00-cv-00131-YK   Document 10   Filed 06/23/2000   Page 2 of 7

## POST ORDER CUSTODY REVIEW WORKSHEET FOR FILE REVIEW AND/OR INTERVIEW

**Detainee Name:** MAH, Wai Chiu

**AKA's:** Wah Chui MAH
Wai Chio MAH
Tony MAH

**Country of Birth:** China

**Date of Birth:** 11/12/54   **"A" Number:** 13 930 516
**BOP Number:** 37808-054

**Citizenship:** China

**Date of Arrival:** 3/6/65

**Place of Arrival:** Honolulu, Hawaii

**Manner of Arrival:** Parole

**Last Date into INS Custody:** 3/18/98

**Entered INS Custody from:**
■ Local, State, or <u>Federal Institution</u>
☐ Other

**Location:** FCI Allenwood

**Institution Number:** 37808-054

**Immigration History:** (Prior INS arrest[s]/parole/bond/custody information)

Describe: 07/25/66-Adjusted LPR
06/03/97-NTA issued
03/27/98-IJ Order of Removal
01/15/99-Appeal dismissed
09/24/99-Presentation to Consulate

**Deportation Officer:** John C. Crosson

**Date of Review:** 05/01/00

**Location Detained:** Snyder County Prison

---

**Deportation/Exclusion/Removal Proceedings**

**List all Charges:** ■ Section 237(a)(2)(A)(iii), 237(a)(2)(C), 237(a)(2)(A)(i)
■ Section 212 (a) ,      ,
☐ Section 241              ,      ,

■ Under <u>Final Order</u> dated: 01/15/99   by ■ IJ  ■ BIA  ☐ Other

☐ Appeal Waived/Appeal Time Elapsed

**Travel Document Status/History:**
08/24/99-Presentation to China Consulate by Philadelphia District - A. James
12/20/99-Travel Document Application completed and sent to Consulate
03/30/00-Consulate called; not ready to issue.

Page 1

## Legal Representative / Attorney

**G-28 Filed:**  ■ Yes      ■ No

**Notification of Interview Made:**   ☐ Yes      ■ N/A      by:           on:

**Name of Representative / Attorney:**

**Mailing Address:**                          **Telephone Number:**

**Present during interview:**   ☐ Yes      ■ No  Alien states not being represented at this time

---

## Criminal History

**Outside the United States:**   Claims None.
(specify nature of crime, whether convicted, sentence imposed, date, and country)

**In the United States:**   YES

**NCIC Checks:**        ■ Criminal History Attached      ☐ No record Found
                           (State and Federal)

Summary of NCIC Checks:   FBI NCIC
| | | |
|---|---|---|
| 07/24/74 | Deportation Proceedings | Buffalo INS |
| 08/08/95 | Conspiracy; Convicted Felon W/ Firearm | ATF |
| | Convicted 09/19/99? | |
| | Conspiracy to possess and transport firearm by convicted felon | |

New York State NCIC
| | |
|---|---|
| 09/06/72 | Possession of Firearm; Willful Defacement of Machine Gun |
| | Convicted, Sentenced 4 Years Max. |
| 01/24/74 | Murder W/ Intent; Possession of a loaded firearm |
| | Convicted Manslaughter Sentenced 5-15 Years. |
| | Paroled 01/31/79  11 Years 11 Months |

---

## Institutional / Disciplinary Record

**Did the detainee have prior Disciplinary Reports?**         ☐ Yes      ■ No

   If Yes, List & Describe:

   Source:

**Disciplinary reports and Incidents while in INS Custody?**    ☐ Yes      ■ No

   If Yes, List & Describe:

## Specifics of Interview

Date of File Review: 05/01/00

Date of Detainee Interview: 05/01/00

Location of Interview: Snyder County Prison

Interviewing Officer: #1: John C. Crosson

         #2:    (optional)

Interpreter Used:   ☐ Yes   ■ No   Name:
Language/Dialect:

---

**Does the detainee have a place to live in the United States?**   ■ Yes   ☐ No

     Address: 88 Elizabeth St. Apt.17
              New York, NY 10013 - With Shill Ling Lee (wife)

**Is the detainee subject to any parole or probation requirements?**   ■ Yes   ■ No

     Describe: 3 years-supervised release; 3/18/98 which expires 3/18/2001

**Does the detainee have close family ties within the United States?**   ■ Yes   ☐ No
              Wife, Children:  Sean C. Mah, 13
#1)   Describe:         Desiree N. Mah, 16    See Notes

**Does the detainee have any community ties or non-governmental sponsors?**

         ☐ Yes   ■ No
Describe:

**Does the detainee have any employment prospects?**   ■ Yes   ☐ No

     Describe: Page-A-Ride
            27-02 43rd Ave.           > Limo Driver
            Long Island City, NY  11101

**What is the detainee's employment history?**

     Describe:   Chef - Restaurant / Stake House
                  Country Club

**What is the detainee's educational level?**
     Describe: High School Diploma - GED

**Does the detainee have any vocational training?**
     Describe: None.

## Medical/Psychological Concerns

**Medical/Psychological Report / Summary:**  ☐ Attached   ■ None   ☐ Not Available

**Date and Source:**

---

**Other documentary evidence for consideration in this review:**

Snyder County Prison file
Letters of support – Family and Friends
BOP record

---

## Discussion at Interview

**Notes:**

**Regarding entry information**
Subject states he entered at Honolulu, Hawaii on 03/06/65 as a parolee.

**Regarding his family ties**
Subject states he is married to Shill Ling Lee and they have two children from that union, Sean C. MAH age 13 and Desiree N. MAH age 16. Subject states that his relaionship with his wife is good, and if released he would reside with her and their children. Subject states he wishes to be a part of his children's life and be a good father to them. He states he has strong family support.

**Regarding employment and education**
Subject states that he completed his GED while in prison.

**Regarding his criminal history in the US,**
Subject freely admitted to his criminal past. He did not try to hide his involvement or lay blame on others. Subject stated that he is remorseful for his actions that have hurt so many people, victims, his family and himself.

**Regarding his institutional record**
Subject has a clear institutional record and stated that he has worked hard to stay out of trouble while in custody in hopes that it would reflect positively on his possible release.

**Regarding community support and sponsors**
Subject states he has a job offer as a limo driver for Page-A-Ride (see attached support letter).

**Regarding him being a threat to the community or flight risk**
Subject states that he does not wish to return to his past criminal activity because he does not wish to waste any more of his life in prison. He does not wish to loose any more time with his family. He states he has matured in prison and wants to have a chance to do the right thing for his future.

The INS detainee was found  ☒ **CREDIBLE**   ☐ **NOT CREDIBLE**

Explain:

Subject alien was direct in his responses. He maintained good eye contact and was not evasive in his explanations. Subject alien freely admitted to his criminal history and expressed remorse for his actions.

---

### Officer Comments/Analysis & Recommendation

This subject alien has been in service custody since March of 1998 without incident. He is a hard worker and always ready to help officers and other inmates alike. It appears that this subject has come to terms with his criminal activity and has realized to effect that conduct has on the lives of all involved. He has stated his wish to be with his family and help raise his children. It appears from his actions and statements that this subject alien would not return to his criminal activities, therefore he would not be a threat to society. He states he would present himself for deportation, therefore not a flight risk.

Based on the above I recommend release at this time.

Interviewing Officer #1: JOHN C. CROSSON, Deportation Officer, U.S. INS ALLENWOOD
Date: 5/15/00
Detain (**Release**)

Interviewing Officer #2: (optional)
Reviewed by:
Concur: /s/ J.A. Morland
Date: 5/17/00
**Concur** (Do Not Concor)