IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAI CHIU MAH,

        Petitioner,

v.

JOHN ASHCROFT,
United States Attorney General,

        Respondent.

CIVIL ACTION NO. 1:CV-00-131

(Judge Kane)

FILED
HARRISBURG, PA

AUG 1 0 2001

MARY E. D'ANDREA, CLERK
Per _____/Deputy Clerk

### ORDER

AND NOW, this 9th day of August, 2001, the Court having been informed that Petitioner has been released from INS custody, the pending petition for writ of habeas corpus is **DENIED** as moot. The Clerk of Court is directed to close the file.

_____
Yvette Kane
United States District Judge

Certified from the record
Date 8-10-01
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 10, 2001

Re:  1:00-cv-00131    Mah v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

Wai Chiu Mah
CTY-SNY
Snyder County Jail
98-00-193
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Anne K. Fiorenza, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
228 Walnut Street
Suite 217
Harrisburg, PA  17108

```
cc:
Judge                         (✓)        ( ) Pro Se Law Clerk
Magistrate Judge              ( )        ( ) INS
U.S. Marshal                  ( )        ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 (✓)
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to: US Atty Gen    ( )    PA Atty Gen  ( )
                                       DA of County   ( )    Respondents  ( )

Bankruptcy Court              ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

8-10-01