FILED
HARRISBURG, PA
AUG 17 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RETURN TO SENDER:
- ☐ =PERSON'S NAME REQUIRED FOR DELIVERY
- ☐ =PERSON'S ID NUMBER REQUIRED FOR DELIVERY
- ☐ =NO PACKAGE AUTHORIZATION ISSUED FOR DELIVERY
- ☒ =PERSON NO LONGER INCARCERATED HERE
- ☐ =OTHER

RTS
RETURN TO SENDER
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD

MAIL PROCESSING
SNYDER COUNTY PRISON
OFFICER: _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108
OFFICIAL BUSINESS

```
Wai Chiu Mah
CTY-SNY
Snyder County Jail
98-00-193
600 Old Colony Rd.
Selinsgrove, PA  17870-8610
```

Re: 1:00-cv-00131

------------------------------

------------------------------

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.  Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>  228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Malachy E. Mannion<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>  P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAI CHIU MAH,

   Petitioner,

v.

   CIVIL ACTION NO. 1:CV-00-131

   (Judge Kane)

JOHN ASHCROFT,
United States Attorney General,

   Respondent.

FILED
HARRISBURG, PA

AUG 1 0 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

AND NOW, this 9th day of August, 2001, the Court having been informed that Petitioner has been released from INS custody, the pending petition for writ of habeas corpus is **DENIED** as moot. The Clerk of Court is directed to close the file.

_____
Yvette Kane
United States District Judge